## IN THE CIRCUIT COURT OF MERCER COUNTY, WEST VIRGINIA.

**STATE OF WEST VIRGINIA,**

VS.             **INDICTMENT NO. 08-F-143**
                           **INFORMATION NO. 10-F-386-DK**

**JASON WILSON.**

# ORDER

This matter came on this day for disposition; there being present in Court is Janet Williamson, Assistant Prosecuting Attorney for the State of West Virginia, and the defendant, in person and counsel for defendant, David Kelley and William Flanigan.

The Court inquired of the defendant if anything for himself he had or knew to say why the Court should not now proceed to pronounce judgement against his and nothing being offered or alleged in delay of judgement, it is **ORDERED** that the said Jason Wilson, be and is hereby adjudged guilty of the offense of "Child Abuse Resulting in Injury" as the State in its information herein hath alleged and by his plea he hath admitted, that the defendant be taken from the bar of this Court to the Southern Regional Jail and therein confined until such time as the warden of the penitentiary can conveniently send a guard for him, that he be taken from the Southern Regional Jail to the penitentiary of the State and therein confined for the indeterminate term of not less than one (1) nor more than five (5) years as provided by law for the offense of "Child Abuse Resulting in Injury" as the State in its information herein hath alleged and by his plea he hath admitted; that the defendant be given credit for time served; and that the defendant be dealt with in accordance with the rules and regulations of that institution and the laws of the State of West Virginia.

After due consideration, it is further **ORDERED** that the aforementioned sentence be and

EXHIBIT 1

is hereby suspended, and the defendant is hereby placed upon probation for a period of five (5) years under the supervision of the probation department of this County and Court and under the general rules and regulations as established by law, as well as with the following specific conditions:

1. That the defendant pay all court costs within six (6) months, or be subject to having his driver's license suspended.

2. That the defendant obey all laws;

3. That the defendant refrain from using alcohol/drugs, associating with those who use such substances, and frequenting places where such may be present;

4. That the defendant submit to random alcohol/drug screens;

5. That the defendant not have any contact with the victim; however, the Court may entertain victim's motion to reconsider this condition;

6. That the defendant attend counseling and/or evaluation with Victoria Weisiger and follow the recommendations of same.

Upon motion of the State, it is the further ORDER and DECREE of this Court that Indictment No. 08-F-143 pending against the defendant be and is hereby dismissed and his bond released.

The Court FINDS that defendant is required to register with the child abuse/neglect registry.

The Court advises the defendant that the Court may reconsider his sentence if he successfully completes one (1) year of probation.

The Clerk shall forward a copy of this Order to the probation department and counsel for the defendant.

Dated this 7th day of January 2011.

ENTER:

_David W. Knight_
DAVID W. KNIGHT, SENIOR STATUS JUDGE

THE FOREGOING IS A TRUE COPY OF A DOCUMENT
ENTERED IN THIS OFFICE ON THE _7_ DAY
OF _January_ 20 _11_
DATED THIS _28_ DAY OF _March_
20 _11_

JULIE BALL, CLERK OF THE
CIRCUIT COURT OF MERCER COUNTY WV
BY _____
HER DEPUTY

IN THE CIRCUIT COURT OF MERCER COUNTY, WEST VIRGINIA.

STATE OF WEST VIRGINIA,

VS.   INDICTMENT NO. 08-F-144-DS

JEFFREY SCOTT WILSON.

# ORDER

This day came the State of West Virginia, by Scott A. Ash, her Assistant Prosecuting Attorney, and says with the consent of the Court that it will not further prosecute the defendant in upon the charges contained in the above styled action and moves the Court to dismiss this matter.

Therefore, it is the ORDER and DECREE of this Court that this matter be dismissed, omitted from the docket of this Court and the defendant's bond, if any, is released.

The Clerk shall forward a copy of this Order to counsel for defendant and the prosecuting attorney's office.

Dated this 17th day of November 2010.

ENTER:

_____
DAVID W. KNIGHT, SENIOR STATUS JUDGE

THE FOREGOING IS A TRUE COPY OF A DOCUMENT ENTERED IN THIS OFFICE ON THE 17 DAY OF November 20 11
DATED THIS 8 DAY OF march 20 11
JULIE BALL, CLERK OF THE CIRCUIT COURT OF MERCER COUNTY WV
BY _____ HER DEPUTY

EXHIBIT 2