UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA

CIVIL ACTION DOCKET NO: 1:09-CV-01277

J.W.,
Plaintiff

V.

HONORABLE DAVID W. KNIGHT, IN HIS OFFICIAL CAPACITY AS JUDGE OF
THE CIRCUIT COURT OF MERCER COUNTY
FOR THE STATE OF WEST VIRGINIA,
Defendant

V.

JASON WILSON, A CITIZEN AND RESIDENT OF MERCER COUNTY, WEST
VIRGINIA,
Real Party in Interest

## NOTICE OF APPEAL FROM JUDGMENT ORDER

Notice is hereby given pursuant to Rule 3 of the FRAP that J.W., plaintiff, in the above named case does hereby appeal to the United States of Appeals for the Fourth Circuit from the Judgment Order entered in this cause on March 24, 2011, which Order dismissed the action for lack of subject matter jurisdiction.

/s/ Wendy J. Murphy, Attorney for Plaintiff, New England Law|Boston, 154 Stuart Street, Boston, MA  02116

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA

CIVIL ACTION DOCKET NO: 1:09-CV-01277

J.W.,
Plaintiff

V.

HONORABLE DAVID W. KNIGHT, IN HIS OFFICIAL CAPACITY AS JUDGE OF THE CIRCUIT COURT OF MERCER COUNTY
FOR THE STATE OF WEST VIRGINIA,
Defendant

V.

JASON WILSON, A CITIZEN AND RESIDENT OF MERCER COUNTY, WEST VIRGINIA,
Real Party in Interest

## CERTIFICATE OF SERVICE

I hereby certify that on this the 30 day of March, 2011, I electronically filed the foregoing Notice of Appeal from Judgment Order with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

I hereby certify that I have mailed the document by United States Postal Service to the following non-CM/ECF participants:
Jason Wilson Rt. 4 Box 480 Princeton, WV 24740

/s/Wendy J. Murphy, New England Law|Boston, 154 Stuart Street, Boston, MA 02116, 617-422-7410
Massachusetts Bar ID No: 550455