UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-1315
(1:09-cv-01277)

_____

J. W.

       Plaintiff - Appellant

v.

HONORABLE DAVID W. KNIGHT, in his official capacity as Judge of the Circuit Court of Mercer County for the State of West Virginia,

       Defendant-Appellee

and

JASON WILSON, a Citizen and Resident of Mercer County, West Virginia, Real Party in Interest,

       Defendant

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK